1  Michele Ballard Miller (SBN 104198)
   mbm@millerlawgroup.com
2  Gregory F. Fortescue (SBN 249133)
   gff@millerlawgroup.com
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA 94104
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
   Attorneys for Defendant
7  GEICO GENERAL INSURANCE COMPANY

8  William R. Hopkins (SBN 170122)
   Attorney at Law
9  1 Blackfield Drive, No. 344
   Tiburon, CA 94920
10 (Tel) (415) 435-5507
   (Fax) (415) 296-8847
11 wrhopkins3@prodigy.net

12 Attorney for Plaintiff
   TERRY THOMAS
13

14                 UNITED STATES DISTRICT COURT FOR THE

15                     NORTHERN DISTRICT OF CALIFORNIA

16 TERRY THOMAS, an individual          | USDC Case C 11-3080 CRB

17          Plaintiff,                  | JOINT STIPULATION FOR CONTINUANCE
                                        | OF CASE MANAGEMENT CONFERENCE
18      v.

19 GEICO GENERAL INSURANCE              | Date:      March 2, 2012
   COMPANY, doing business sin the State| Time:      8:30 a.m.
20 of California and Does 1-100, inclusive| Courtroom: 6

21          Defendants.

22
23      Plaintiff's Counsel has a matter that is being set for trial with a mandatory appearance in
24 Contra Costa Superior Court on Friday, March 2, 2012 at 8:30 am. Plaintiff's Counsel has
   communicated this conflict with Counsel for Defendant **GEICO GENERAL INSURANCE**
25 **COMPANY** and he has indicated that Defendant will not object to a continuance of the Case
   Management Conference in this matter to accommodate the conflict of Plaintiff's Counsel.

JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
- USDC# C-11-3080 CRB  - 1

Per this stipulation by the parties, Plaintiff's Counsel respectfully request a two week continuance of this matter.

Thus, the Court is respectfully requested to set another date for the Case Management Conference to be held at least two weeks from March 2, 2012.

Dated:  February ___, 2011           MILLER LAW GROUP

                                     A Professional Corporation


                                     By:  ___/s/_____
                                          Gregory F. Fortescue
                                          Attorneys for Defendant GEICO
                                          General Insurance Company


Dated:  February ___, 2011           WILLIAM R. HOPKINS


                                     By:  _____/s/_____
                                          William R. Hopkins
                                          Attorney for Plaintiff

4840-7510-7342, v. 1

Case management conference continued to Friay, March 23, 2012 at 8:30 a.m.

Signed:  March 2, 2012

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
- USDC# C-11-3080 CRB  - 2