Michele Ballard Miller (SBN 104198)
mbm@millerlawgroup.com
Gregory F. Fortescue (SBN 249133)
gff@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
GEICO GENERAL INSURANCE COMPANY


William R. Hopkins (SBN 170122)
Attorney at Law
1 Blackfield Drive, No. 344
Tiburon, CA 94920
Tel. (415) 435-5507
Fax:  (415) 762-5202
wrhopkins3@prodigy.net

Attorney for Plaintiff
TERRY THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY THOMAS,<br><br>          Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, doing business in the State of a California, AND DOES 1-100, inclusive,<br><br>          Defendants. | Case No.: C11-03080 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL**<br><br>Complaint filed:  May 9, 2011<br>Removal filed:  June 22, 2011 |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: May 8, 2012      MILLER LAW GROUP
A Professional Corporation

By:   /s/
Gregory F. Fortescue
Attorney for Defendant GEICO GENERAL
INSURANCE COMPANY

Dated: May 8, 2012      WILLIAM R. HOPKINS, ATTORNEY AT LAW

By:   /s/
William R. Hopkins
Attorney for Plaintiff TERRY THOMAS

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: \_\_\_\_\_May 8\_\_\_\_, 2012      _____
Honorable Charles R. Breyer

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

4830-1974-7599, v. 1